# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00066-DSC

| | |
|---|---|
| **DIANA LOUISE HOUCK, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **LIFESTORE BANK, et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court sua sponte. The Court **ORDERS** Defendant Grid Financial Services, Inc. to file a reply brief in support of its "Motion to Dismiss" (document #54)[1] within fourteen (14) days of the entry of this Order. Among other issues, Defendant shall address whether and when it had notice of Plaintiff's December 16, 2011 bankruptcy petition and the effect of such notice or lack of notice.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: December 2, 2013

David S. Cayer
United States Magistrate Judge

---

[1] Defendant's reply brief was due on or before November 4, 2013. Defendant has recently retained substitute counsel. The Court is not aware if Defendant's failure to file a reply is connected to the substitution of counsel.