IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:13-CV-66-DSC

| | |
|---|---|
| DIANA LOUISE HOUCK, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LIFESTORE BANK, et. al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**THIS MATTER** is before the Court on Plaintiffs' "Motion to Reopen Case" (document #75) and "Motion for Reconsideration" (document #77).

On February 20, 2014, the Court dismissed Plaintiffs' only federal claim, declined supplemental jurisdiction of the remaining state law claims, and dismissed the Second Amended Complaint without prejudice. See "Memorandum and Order" (document #71).

For the reasons stated in Defendants' briefs in opposition (documents ## 76 and 79), Plaintiffs' "Motion to Reopen Case" (document #75) and "Motion for Reconsideration" (document #77) are **DENIED**.

The Clerk is directed to send copies of this Memorandum and Order to the parties' counsel.

**SO ORDERED**.

Signed: October 14, 2014

David S. Cayer
United States Magistrate Judge