FILED: April 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2326

(5:13-cv-00066-DSC)

_____

DIANA LOUISE HOUCK; STEVEN G. TATE

    Plaintiffs - Appellants

v.

SUBSTITUTE TRUSTEE SERVICES, INC.

    Defendant - Appellee

and

LIFESTORE BANK; GRID FINANCIAL SERVICES, INC.

    Defendants

-------------------------------

PAULA STEINHILBER BERAN

    Court-Assigned Amicus Counsel

_____

O R D E R

_____

The court assigns Paula Steinhilber Beran as amicus counsel, to file an amicus brief and present oral argument in support of the district court's

determination that the bankruptcy courts hold exclusive jurisdiction over claims for violation of the automatic stay under 11 U.S.C. § 362(k).

The amicus brief shall be filed on or before May 1, 2015. The parties are granted leave to file supplemental reply briefs responding to the amicus brief on or before May 7, 2015. Oral argument will be heard, as scheduled, on May 12, 2015, and amicus counsel will present oral argument on time separately allotted by the court.

Counsel is referred to the memorandum on **Payment of Court-Assigned Counsel** for information on maintaining time and expense records and obtaining a fee exempt PACER account for electronic access to documents in court-assigned cases.

Counsel's assignment to this case as a member of this court's CJA/Discretionary Panel authorizes counsel to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

All filings must comply with this court's **Memorandum on Sealed and Confidential Materials**. Counsel shall file an **Appearance of Counsel form** within 14 days of the date of this order.

                                            For the Court

                                            /s/ Patricia S. Connor, Clerk