FILED: July 1, 2015

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-2326
(5:13-cv-00066-DSC)
_____

DIANA LOUISE HOUCK; STEVEN G. TATE

      Plaintiffs - Appellants

v.

SUBSTITUTE TRUSTEE SERVICES, INC.

      Defendant - Appellee

 and

LIFESTORE BANK; GRID FINANCIAL SERVICES, INC.

      Defendants

-------------------------------

PAULA STEINHILBER BERAN

      Court-Assigned Amicus Counsel

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is vacated and reversed in part.  This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK