IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:13-CV-66-DSC

| | |
|---|---|
| **DIANA LOUISE HOUCK, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LIFESTORE BANK, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF REFERRAL TO THE BANKRUPTCY COURT

**THIS MATTER** is before the Court sua sponte following remand from the United States Court of Appeals for the Fourth Circuit.

The case centers on Plaintiff's cause of action under 11 U.S.C. § 362(k) for violation of an automatic stay.

Pursuant to 11 U.S.C. § 157(a), the Court's "Amended Standing Order of Reference" 3:14-MC-44, and the Fourth Circuit's opinion in this case, see Document #83, this Court refers this case to the Bankruptcy Court for recommended findings of fact and conclusions of law. Stern v. Marshall, ––– U.S. –––, 131 S.Ct. 2594, 2618, 180 L.Ed.2d 475 (2011).

The Clerk is directed to send copies of this Order to the parties' counsel, the Clerk of the United States Bankruptcy Court for the Western District of North Carolina, and to the Honorable Laura T. Beyer, Chief Judge of the United States Bankruptcy Court for the Western District of North Carolina.

**SO ORDERED**.

Signed: September 22, 2015

_____
David S. Cayer
United States Magistrate Judge