IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:13-CV-66-DSC

| | |
|---|---|
| **DIANA LOUISE HOUCK, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LIFESTORE BANK, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion to Withdraw Referral" (document #93) and "Brief …" (document #93-1). For the reasons previously stated in the Court's "Order of Referral to the Bankruptcy Court" (document #93), the Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to the parties' counsel, the Clerk of the United States Bankruptcy Court for the Western District of North Carolina, and to <u>the Honorable Laura T. Beyer, Chief Judge of the United States Bankruptcy Court for the Western District of North Carolina</u>.

**SO ORDERED**.

Signed: February 1, 2016

David S. Cayer
United States Magistrate Judge