IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:13-CV-66-DSC

| | |
|---|---|
| **DIANA LOUISE HOUCK, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LIFESTORE BANK, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion for Certification of Interlocutory Appeal and to Stay Proceedings" (document #96) and the parties' briefs and submissions.

For the reasons previously stated in the Court's "Order of Referral to the Bankruptcy Court" (document #93), and in Defendant Substitute Trustee Services, Inc. "Response …" (document #97) and "Memorandum …" (document #97-1), the Motion is <u>denied</u>.

The parties' "Consent Motion to Amend Scheduling Order" (document #88) which predated the referral of this case to the Bankruptcy Court, is <u>denied as moot</u>.

The Clerk is directed to send copies of this Order to the parties' counsel, the Clerk of the United States Bankruptcy Court for the Western District of North Carolina, and to <u>the Honorable Laura T. Beyer, Chief Judge of the United States Bankruptcy Court for the Western District of North Carolina</u>.

**SO ORDERED**.

Signed: March 1, 2016

_____
David S. Cayer
United States Magistrate Judge