FILED: March 15, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-1269
(5:13-cv-00066-DSC)

_____

In re: DIANA LOUISE HOUCK

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Date Petition Filed: | 03/15/2016 |
| Petitioner(s) | Diana Louise Houck |
| Appellate Case Number | 16-1269 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |