# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:13-CV-66-DSC
# [Consolidated with Civil Action No: 5:18-CV-22-MOC]

| | |
|---|---|
| DIANA LOUISE HOUCK, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LIFESTORE BANK, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER STAYING CASE

**THIS MATTER** is before the Court sua sponte following entry of the Honorable Max O. Cogburn, Jr.'s "Order" (document #102) (originally entered in consolidated action 5:18cv22-MOC) (declining to withdraw reference of the § 362 claim, remanding that claim to the Bankruptcy Court for prompt resolution, withdrawing reference of state law claims, declining supplemental jurisdiction of those claims and dismissing them without prejudice).

The Court **STAYS** this matter pending resolution of the referral of the § 362 claim to the Bankruptcy Court.

**SO ORDERED**.

Signed: February 8, 2018

David S. Cayer
United States Magistrate Judge

1