UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:18-CV-22

| | |
|---|---|
| **DIANA LOUISE HOUCK** | |
| **PLAINTIFF** | |
| V. | **MOTION FOR RECONSIDERATION** |
| **LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC.** | |
| **DEFENDANTS** | |

**COMES NOW** Plaintiff, by and through counsel, and respectfully requests that this Court reconsider the Order entered February 7, 2018 (Doc 2).

Plaintiff requests that this Court vacate the Orders entered January 15, 2014 (Doc. 69 of 5:13-CV-66), February 20, 2014 (Doc. 71 of 5:13:-CV-66) pursuant to the Opinion entered by the Fourth Circuit on July 1, 2015, (Doc. 68 of No. 13-2326) and revise the Order entered February 7, 2018 (Doc. 2) to refer the 11 U.S.C. § 362 claims for all defendants to bankruptcy court and dismiss all state claims against all Defendants without prejudice pursuant to 28 U.S.C. § 1367(c)(2). The effect of this revised Order would obviate appeals that will come with the final judgment in the current case in bankruptcy court and bring all parties to the same point. The Plaintiff also seeks clarification as to whether she is allowed to refile her state claims in state court at this time or whether that action is stayed by the latest Order.

This revised Order will simplify a case that is too complex already and shorten a case that is far too protracted. The interest of justice will be served in this manner. Pursuant to Local Rule 7.1(b) Plaintiff's counsel conferred with opposing counsel. Opposing counsel did not consent to the Motion. Pursuant to Local Rule 7.1(c) the Plaintiff will file a memorandum of law concomitant with this Motion.

**TODAY** is February 9, 2018.

                                        **COLLUM & PERRY**

By:    */s/ M. Shane Perry*
          M. Shane Perry
          NC Bar No. 35498
          109 W. Statesville Ave.
          Mooresville, NC 28115
          Telephone: 704-663-4187
          shane@collumperry.com
          *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:18-CV-22

| | |
|---|---|
| **DIANA LOUISE HOUCK**<br><br>**PLAINTIFF**<br><br>V.<br><br>**LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC.**<br><br>**DEFENDANTS** | **MOTION FOR RECONSIDERATION** |

## CERTIFICATE OF SERVICE

I, M. Shane Perry, do hereby certify that the foregoing **MOTION FOR RECONSIDERATION** in this action was served electronically through the CM/ECF system to:

| **LifeStore Bank, FSA** | **Grid Financial Services, Inc.** | **Substitute Trustee Services, Inc.** |
|---|---|---|
| c/o John Benjamin Reeves | c/o Robert Mays | c/o Jeffrey Bunda |
| Reeves Law Firm | Van Winkle Law firm | Hutchens Law Firm |
| 202 East Main St. | 11 North Market Street, | 6230 Fairview Road, Suite 315 |
| West Jefferson, NC 28694 | Asheville, NC 28801 | Charlotte, NC 28210 |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |

**TODAY** is February 9, 2018.

**COLLUM & PERRY**

By:    */s/ M. Shane Perry*
        M. Shane Perry
        NC Bar No. 35498
        109 W. Statesville Ave.
        Mooresville, NC 28115
        Telephone: 704-663-4187
        Facsimile: 704-663-4178
        shane@collumperry.com
        *Attorney for Plaintiff*