

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DIANA HOUCK,** | ) | Chapter 13 |
| | ) | Case No. 11-51513 |
| Debtor. | ) | |
| | ) | |
| **DIANA HOUCK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 15-5028 |
| | ) | |
| **SUBSTITUTE TRUSTEE** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Based on the court's Findings of Fact, Conclusions of Law, and Order Granting Judgment to the Plaintiff filed contemporaneously herewith,

It is **ADJUDGED** that:

1. The Plaintiff, Diana Houck, shall have and recover from the Defendant, Substitute Trustee Services, Inc., the sum of $260,175.27; and,

2. Pursuant to 28 U.S.C. § 1961, the Plaintiff's Judgment shall bear interest at the federal rate from the date of the Judgment until paid.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |