FILED & JUDGMENT ENTERED
Steven T. Salata

December 3 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 11-51513 |
| DIANA HOUCK, | CHAPTER 13 |
| DEBTOR. | |
| DIANA HOUCK, | ADVERSARY PROCEEDING NO. 15-05028 |
| PLAINTIFF, | |
| V. | |
| SUBSTITUTE TRUSTEE SERVICES, INC., | |
| DEFENDANT. | |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF NOTICE OF APPEAL

**THIS CAUSE** is before the Court on the motion of the Defendant, Substitute Trustee Services, Inc., for an Order dismissing its *Notice of Appeal* filed on October 20, 2020 in the above-referenced adversary proceeding. Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and it appearing to the Court that the request for voluntary dismissal is made in good

faith, and that the Parties have agreed to a settlement in this case and therefore, the motion should be granted.

**IT IS THEREFORE ORDERED** that the Defendant's *Notice of Appeal* is hereby dismissed and the attorneys' fees, costs, and expenses are to be settled pursuant to the terms of the Parties' Settlement Agreement.

**This Order has been signed electronically.**  **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**