UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:13-CV-66

| DIANA LOUISE HOUCK | |
|---|---|
| **PLAINTIFF** | |
| V. | |
| LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC. | **MOTION TO REOPEN CASE** |
| **DEFENDANTS** | |

**COMES NOW** Plaintiff, by and through counsel, and respectfully requests that this Court reopen this case, which was terminated without notice on January 29, 2021. In support of this motion, the Plaintiff will file a concomitant memorandum of law.

**WHEREFORE**, the Plaintiff respectfully requests that the Court reopen this case and enter an order and final judgment in this case or for such other and further relief as this Court deems just and fair.

**TODAY** is March 5, 2021.

        **COLLUM & PERRY**

  By: */s/ M. Shane Perry*
     M. Shane Perry
     NC Bar No. 35498
     109 W. Statesville Ave.
     Mooresville, NC 28115
     shane@collumperry.com
     *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:13-CV-66

| | |
|---|---|
| DIANA LOUISE HOUCK<br><br>**PLAINTIFF**<br><br>V.<br><br>LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC.<br><br>**DEFENDANTS** | **MOTION TO REOPEN CASE** |

## CERTIFICATE OF SERVICE

I, M. Shane Perry, do hereby certify that the foregoing **MOTION TO REOPEN CASE** in this action was served electronically through the CM/ECF system to:

| **LifeStore Bank, FSA** | **Grid Financial Services, Inc.** | **Substitute Trustee Services, Inc.** |
|---|---|---|
| c/o Andrew Freeman | c/o Robert Mays | c/o Joseph Vonnegut |
| Bell, Davis Pitt | Mays Law Firm | Hutchens Law Firm |
| 100 N. Cherry Str., Ste. 600 | 21 Battery Park Ave. Ste 201 | 4317 Ramsey Street |
| Winston-Salem, NC 27101 | Asheville, NC 28801 | Fayetteville, NC 28302 |
| afreeman@belldavispitt.com | rmays@mayslawfirmnc.com | Joe.Vonnegut@hutchenslawfirm.com |
| *Attorney for Defendant* | *Attorney for Defendant* | *Attorney for Defendant* |
| *Lifestore Bank, FSA* | *Grid Financial Services, Inc.* | *Substitute Trustee Services* |

**TODAY** is March 5, 2021.

**COLLUM & PERRY**

By:    */s/ M. Shane Perry*
        M. Shane Perry
        NC Bar No. 35498
        109 W. Statesville Ave.
        Mooresville, NC 28115
        Telephone: 704-663-4187
        Facsimile: 704-663-4178
        shane@collumperry.com
        *Attorney for Plaintiff*