UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:13-CV-66

| | |
|---|---|
| **DIANA LOUISE HOUCK** | |
| **PLAINTIFF** | |
| **V.** | **NOTICE OF APPEAL** |
| **LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC.** | |
| **DEFENDANTS** | |

**NOTICE** is hereby given that Plaintiff in the above-named case, Diana Louise Houck, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment, entered in this action on 8 March 2021.

**TODAY** is March 12, 2021.

                              **COLLUM & PERRY**

        By:    */s/ M. Shane Perry*
                  M. Shane Perry
                  NC Bar No. 35498
                  109 W. Statesville Ave.
                  Mooresville, NC 28115
                  shane@collumperry.com
                  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### File No. 5:13-CV-66

| | |
|---|---|
| **DIANA LOUISE HOUCK and STEVEN G. TATE, CHAPTER 13 TRUSTEE**<br><br>**PLAINTIFF**<br><br>V.<br><br>**LIFESTORE BANK, F.S.A., GRID FINANCIAL SERVICES, INC., and SUBSTITUTE TRUSTEE SERVICES, INC.**<br><br>**DEFENDANTS** | **NOTICE OF APPEAL** |

## CERTIFICATE OF SERVICE

I, M. Shane Perry, do hereby certify that the foregoing **NOTICE OF APPEAL** in this action was served electronically through the CM/ECF system to:

| **LifeStore Bank, FSA** | **Grid Financial Services, Inc.** | **Substitute Trustee Services, Inc.** |
|---|---|---|
| c/o Andrew Freeman | c/o Robert Mays | c/o Joseph Vonnegut |
| Bell, Davis Pitt | Mays Law Firm | Hutchens Law Firm |
| 100 N. Cherry Str., Ste. 600 | 21 Battery Park Ave. Ste 201 | 4317 Ramsey Street |
| Winston-Salem, NC 27101 | Asheville, NC 28801 | Fayetteville, NC 28302 |
| afreeman@belldavispitt.com | rmays@mayslawfirmnc.com | Joe.Vonnegut@hutchenslawfirm.com |
| *Attorney for Defendant* | *Attorney for Defendant* | *Attorney for Defendant* |
| *Lifestore Bank, FSA* | *Grid Financial Services, Inc.* | *Substitute Trustee Services* |

**TODAY** is March 12, 2021.

### COLLUM & PERRY

By: */s/ M. Shane Perry*
M. Shane Perry
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
Telephone: 704-663-4187
Facsimile: 704-663-4178
shane@collumperry.com
*Attorney for Plaintiff*