FILED: March 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1280
(5:13-cv-00066-DSC)

_____

DIANA LOUISE HOUCK

      Plaintiff - Appellant

v.

LIFESTORE BANK; GRID FINANCIAL SERVICES, INC.; SUBSTITUTE TRUSTEE SERVICES, INC.

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Originating Case Number | 5:13-cv-00066-DSC |
| Date notice of appeal filed in originating court: | 03/12/2021 |
| Appellant | Diana Louise Houck |
| Appellate Case Number | 21-1280 |
| Case Manager | Emily Borneisen<br>804-916-2704 |